## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS A. RODRIGUEZ-OCASIO,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC and<br>MIDLAND CREDIT MANAGEMENT,<br>INC.<br><br>Defendants. | Civ. No. 17-cv-12379 (KM/JBC)<br><br>**ORDER** |

**THIS MATTER**

The plaintiff having consented to arbitration of the claims asserted in this action and requested that it be stayed (ECF no. 15); and the defendant having requested that the action be dismissed (ECF no. 16); and good cause appearing therefor;

**IT IS** this 7th day of May, 2018,

**ORDERED** that this action is ADMINISTRATIVELY TERMINATED without prejudice.

_____
**KEVIN MCNULTY**
**United States District Judge**